IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Metric Media, LLC** *doing business as* **Federal News Wire**, <br><br> *Plaintiff*, <br><br> v. <br><br> **Department of Homeland Security**, <br><br> *Defendant*. | Case No.: <br><br> Judge: |

# COMPLAINT

Plaintiff Metric Media, LLC *doing business as* Federal News Wire ("Plaintiff"), brings this lawsuit against Defendant Department of Homeland Security ("Defendant") to force its compliance with the United States' Freedom of Information Act ("FOIA"), as codified at 5 U.S.C. § 552, and produce the demanded records. Plaintiff alleges the following based on personal knowledge stemming from its acts and experiences and an investigation conducted by its attorneys. Accordingly, Plaintiff alleges as follows:

## THE PARTIES

1. Plaintiff Metric Media, LLC, is a news media organization committed to providing comprehensive and accurate news coverage on local governmental affairs and is a news media organization, as defined by FOIA's Section 2(f), in the business of, *inter alia*, reporting on local news and events. Accordingly, Metric Media is a member of the media within the meaning of 5 U.S.C. § 552(a)(4)(A).

2. Defendant Department of Homeland Security ("DHS"), is an agency within the meaning of 5 U.S.C. § 552(f)(1) and is in possession and/or control of the records requested by Plaintiff which are responsive to Plaintiff's FOIA Request.

3. The Immigration & Customs Enforcement Bureau ("ICE") is a component of the Department of Homeland Security.

## JURISDICTION AND VENUE

4. The Court has subject matter and personal jurisdiction pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B), because Plaintiff alleges violations of the Freedom of Information Act.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) and 5 U.S.C. § 552(a)(4)(B) because Plaintiff resided in this District at the time of its FOIA Request.

## FACTUAL ALLEGATIONS

6. Here, Plaintiff sent its initial request (the "June 7 Request") on June 7, 2024 seeking:

> "List of illegal aliens house by all ICE facilities. Please include following data point: first name, last name, citizenship, arresting agency, arrest location, arrest date, type of crime committed ICE intake date from 1/1/2023 till 6/7/2024"

7. Plaintiff sent its request to the Department of Homeland Security's Immigration & Customs Enforcement Bureau.

8. The June 7 Request was submitted via the SecureRelease portal, an online FOIA portal at url address: https://www.securerelease.us/, and therefore was received immediately as it was sent. A screen shot of Plaintiff's June 7 Request's summary is attached hereto as Exhibit A.

9. The June 7 Request was given Tracking No.: 2024-ICFO-40501.

10. On June 11, 2024, the Department of Homeland Security's Immigration & Customs Enforcement Bureau responded saying:

> Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. ICE processes FOIA requests according to their order of receipt. Although ICE's goal is to respond within 20 business days of receipt of your request, the FOIA does

permit a 10-day extension of this time period. As your request seeks numerous documents that will necessitate a thorough and wide-ranging search, ICE will invoke a 10-day extension for your request.

11. As of the date of this Complaint, Defendant has failed to make an initial determination to grant, deny, or otherwise address the FOIA Request.

12. As of the date of this Complaint, Defendant has failed to (i) produce the requested records or demonstrate that the requested records are lawfully exempt from production; (ii) notify Plaintiff of the scope of any responsive records it intends to produce or withhold and the reasons for any withholdings; or (iii) inform Plaintiff that it may appeal any adequately specific, adverse determination.

## COUNT I
*Failure to Produce Demanded Records in Violation of 5 U.S.C. § 552*

13. Plaintiff realleges and incorporates the above paragraphs as if they were fully set forth herein.

14. Defendants are in violation of FOIA because it has failed to respond to Plaintiff's FOIA Request.

15. Defendant has failed to make an initial determination to grant, deny, or otherwise address the FOIA Request

16. The records requested by Plaintiff are non-exempt public records and are subject to FOIA's inspection requirements.

17. Plaintiff is being irreparably harmed by Defendant's violations of FOIA, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with its statutory obligations under FOIA.

18. Plaintiff has no adequate remedy at law.

Case: 1:25-cv-09911 Document #: 1 Filed: 08/19/25 Page 4 of 4 PageID #:4

19. Plaintiff has exhausted its administrative remedies, under 5 U.S.C.A. § 552(a)(6)(C), with respect to the FOIA Request, because the FOIA Request remain unanswered.

**Wherefore**, Plaintiff respectfully requests that the Court:

a. order Defendant to conduct a search for any and all records responsive to Plaintiff's FOIA Request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA Request;

b. order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA Request and a produce *Vaughn Indices* of any responsive records withheld under claim of exemption;

c. enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA Request;

d. grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

e. grant Plaintiff such other relief as the Court deems just and proper.

Dated: August 19, 2025                     Respectfully Submitted:

By: /s/ *Adam Florek*

Adam Florek
Florek Law, LLC
11 Knollwood Dr.
North Caldwell, New Jersey 07006
Tel: (929) 229-2268
E-mail: aflorek@florekllc.com

Edward "Coach" Weinhaus, Esq.
**LegalSolved, LLC**
11500 Olive Blvd., Suite 133
Saint Louis, Missouri 63141-7126
Tele: (314) 580-9580
E-mail: eaweinhaus@gmail.com