| DETAILS | CONTACT INFORMATION | DOCUMENTS | MESSAGES | APPEALS |
|---|---|---|---|---|

Request Number: 2024-ICFO-40501

**Details of Request**
(Read only details of request)

CANCEL

**Request Description:** List of illegal aliens house by all ICE facilities. Please include following data point: first name, last name, citizenship, arresting agency, arrest location, arrest date, type of crime committed ICE intake date from 1/1/2023 till 6/7/2024

**Agency:** Department of Homeland Security

**Component:** U.S. Immigration & Customs Enforcement

**Processing Track:** Complex

**Request Type:** FOIA Request

**Submitted Date:** 06/07/2024

**Request Status:** Searching for Records

**Identity Verification Status:** Not Requested by Agency

**Fee Waiver Requested? :** Pending Decision

**Reason for Fee Waiver:** -

**Expedited Processing?:** Not Requested

**Reason for Expedited Processing:** -

---

**Files uploaded by user**
- A maximum of 1 file, not exceeding 20 MB in size, can be attached.

| File Name | Attachment Type |
|---|---|
| No attachments to display | |

5 rows    |<   <   0-0 of 0   >   >|