# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Metric Media, LLC** *doing business as* **Federal News Wire**, <br><br> *Plaintiff*, <br><br> v. <br><br> **Department of Homeland Security**, <br><br> *Defendant*. | Case No.: 1:25-cv-09911 <br><br> Judge: Hon. Sunil R. Harjani <br> Magistrate: Hon. Young B. Kim |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Metric Media, LLC hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant Department of Homeland Security.

Dated: August 26, 2025

Respectfully Submitted:

By: /s/ *Adam Florek*

Adam Florek
Florek Law, LLC
11 Knollwood Dr.
North Caldwell, New Jersey 07006
Tel: (929) 229-2268
E-mail: aflorek@florekllc.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that I filed the foregoing document with the clerk of the Court using the CM/ECF filing system, which should further distribute a true and accurate copy of the foregoing to all counsel of record.

By: ___*/s/Adam Florek*___